**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -**
**SHAUN P. GARVEY,**

                                        **Plaintiff,**

                                                                    **5:18-CV-00255**
        **v.**                                                      **(TJM/TWD)**

**WEGMANS, ONONDAGA COUNTY**
**SHERIFF'S DEPARTMENT,**

                                        **Defendants.**
**- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -**
**THOMAS J. McAVOY**
**Senior United States District Judge**


                            **DECISION and ORDER**


**I.      INTRODUCTION**

        This *pro se* action was referred to the Hon. Thérèse Wiley Dancks, United States

Magistrate Judge, for initial review pursuant to 28 U.S.C. §§ 1915(e) and 1915A.  No

objections to Magistrate Judge Dancks' Order and Report-Recommendation [dkt. # 5] have

been filed, and the time to do so has expired.

**II.     DISCUSSION**

        After examining the record, this Court has determined that the recommendations in

the Order and Report-Recommendation are not subject to attack for plain error or manifest

injustice.

**III.    CONCLUSION**

        Accordingly, the Court **ADOPTS** the recommendations in the Order and Report-

Recommendation [dkt. # 5] for the reasons stated therein.  Therefore, it is hereby

**ORDERED** that Plaintiff's complaint (dkt. # 1) is **DISMISSED** on initial review under 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A; and it is further

**ORDERED** that dismissal of Plaintiff's § 1983 claims is **WITH PREJUDICE AND WITHOUT LEAVE TO AMEND**; and it is further

**ORDERED** that dismissal of Plaintiff's state law negligence and false arrest claims is **WITHOUT PREJUDICE** to refiling in state court because the Court declines to exercise supplemental jurisdiction over these claims.

**IT IS SO ORDERED**.

Dated. May 4, 2018

Thomas J. McAvoy
Senior, U.S. District Judge

2